# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEY NICOLE GOLDINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 14-763 |
| | ) |
| CAROLYN W. COLVIN, ACTING | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## SCHEDULING ORDER

The above action seeks review of a decision by the Commissioner of Social Security denying Plaintiff disability benefits and supplemental security income benefits. The Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record. Notwithstanding any other rule governing the procedure in civil cases, now, this 14th day of August, 2014, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve and file a motion for summary judgment and brief supporting the Plaintiff's petition for review by September 15, 2014.

2. Defendant shall serve and file a cross-motion for summary judgment and brief by October 15, 2014.

3. Plaintiff may serve and file a reply by October 29, 2014.

4. The matter shall be deemed submitted, without hearing, on October 29, 2014, unless otherwise ordered by the Court.

5. No extensions of time will be permitted without order of the Court.

s/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.,
Senior United States District Court Judge