IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY NICOLE GOLDINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 14-763 |
| | ) | |
| CAROLYN W. COLVIN, | ) | JUDGE COHILL |
| Acting Commissioner | ) | |
| Of Social Security, | ) | *(Electronic Filing)* |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 7th day of January, 2016, upon consideration of Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act and the Commissioner's Response thereto, it is hereby,

ORDERED that Plaintiff, Ashley Nicole Goldinger is awarded attorney fees under the EAJA in the amount of two thousand, one hundred, eleven dollars and sixty-two cents ($2,111.62). These attorney fees will be paid directly to Plaintiff, Ashley Nicole Goldinger, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_Maurice B. Cohill Jr._
SENIOR UNITED STATES DISTRICT JUDGE